## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALFRED TIMOTHY BRATTON**, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v.                                                  ) | Civ. Act. No. 04-1341-KAJ |
| ) | |
| **RICHARD KEARNEY**, Warden, ) | |
| and **M. JANE BRADY**, Attorney ) | |
| General of the State of Delaware, ) | |
| ) | |
| Respondents ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following Delaware Superior Court documents:

    a. Docket Sheet (Mar. 15, 2005)

    b. Information (Apr. 14. 2004)

    c. Amended Information (Oct. 12, 2004)

    d. Prothonotary's Trial Worksheet

    e.  Sentence Order (Dec. 10, 2004)

                                                                            /s/ **LOREN C. MEYERS**
                                                                            Loren C. Meyers
                                                                            Chief of Appeals Division
                                                                            Department of Justice
                                                                            820 N. French Street
                                                                            Wilmington, DE  19801
                                                                            (302) 577-8500
                                                                            Del. Bar ID 2210
                                                                            loren.meyers@state.de.us

April 4, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on April 4, 2005,

1.  He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Timothy A. Bratton
(aka Alfred T. Bratton)
No. 220904
Sussex Halfway House
RD 1, Box 700
Georgetown, DE  19947

2.  He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

3.  He caused to be delivered to the Clerk of the District Court the state court documents listed in the Notice of Filing of State Court Records.

/s/ **LOREN C. MEYERS**
Loren C. Meyers
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us