IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALFRED TIMOTHY BRATTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 04-1341-KAJ |
| | ) |
| RICHARD KEARNEY, Warden, and | ) |
| CARL C. DANBERG, Attorney General | ) |
| of the State of Delaware, | ) |
| | ) |
| Respondents. | ) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this action today,

IT IS HEREBY ORDERED that:

1. Alfred Timothy Bratton's petition for the writ of habeas corpus, filed pursuant to 28 U.S.C § 2254, is DISMISSED without prejudice for failure to exhaust. (D.I. 1; D.I. 3)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

                                                                              */s/ Kent Jordan*
                                                          UNITED STATES DISTRICT JUDGE

May 15, 2006
Wilmington, Delaware